THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Franklin Ventures, LLC, Respondent,
 
 v.
 Shalash Abdel
 Jaber, Appellant.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
 Judge

Unpublished Opinion No.  2007-UP-531
Submitted November 1, 2007  Filed
 November 14, 2007

AFFIRMED

 
 
 
 Steven L. Smith of Charleston, for Appellant.
 Thomas L. Harper, Jr., Brendon P. Langendorfer and Helen Ann
 Harper, all of Mt. Pleasant, for Respondent.
 
 
 

PER CURIAM:    
 Shalash Abdel Jaber appeals from a circuit order order granting summary
 judgment against him in a breach of contract action instituted by Franklin
 Ventures, LLC.  Jaber  asserts the trial court abused its discretion in not
 allowing him to present oral testimony at the summary judgment hearing. We
 affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  Humana
 Hospital-Bayside v. Lightle, 305 S.C. 214, 216-217, 407 S.E2d 637, 638
 (1991) (finding where the non-moving party relies solely upon the pleadings,
 files no affidavits, and make no factual showing to oppose summary judgment,
 the lower court is required to grant summary judgment, if entitled to it as a
 matter of law);  Zabinski v. Bright Acres Assocs., 346 S.C. 580, 601
 (2001) (finding that an abuse of discretion occurs where the trial court is
 controlled by an error of law or where the trial courts order is based on
 factual conclusions without evidentiary support); Rule 56 SCRCP, (judgment
 sought in a motion for summary judgment shall be rendered forthwith if the
 pleadings, depositions, answers to interrogatories, and admissions on file,
 together with the affidavits, show there is there is no genuine issue as to any
 material fact).
AFFIRMED.
HEARN, C.J., and KITTREDGE
 and THOMAS, JJ., concur.

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
 pursuant to Rule 215, SCACR.